IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JEREMY CORD WOODS, <br><br> Petitioner, <br><br> vs. <br><br> REGINALD MICHAEL; ATTORNEY GENERAL OF THE STATE OF MONTANA, <br><br> Respondents. | Cause No. CV 20-71-H-SEH <br><br> ORDER |

On September 29, 2020, Jeremy Cord Woods petitioned this Court for Writ of Habeas Corpus[1] under 28 USC § 2254 and moved for leave to proceed *in forma pauperis*[2] and to stay proceedings.[3] All requests are denied.

In 2020, Woods sought in state district court to withdraw guilty pleas on three charges for which he had been convicted in state court in 1994. The motions were denied.[4] Woods appealed. The Montana Supreme Court dismissed the appeal with prejudice.[5]

---

[1] *See* Doc. 1.
[2] *See* Doc. 3.
[3] *See* Doc. 4.
[4] *See State v. Woods*, DA 20-0264, Or. at 1 (Mont. Sept. 22, 2020).
[5] *Id.* at 2.

This Court may entertain Woods's 28 USC § 2254 petition only if he is "a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or the law or treaties of the United States."[6] Woods is currently in state custody, serving two life sentences for deliberate homicide which were imposed in state court in 1996.[7] He is not in custody for the 1994 state court convictions. This Court is without jurisdiction to consider the 28 USC § 2254 petition.

**ORDERED:**

1. Woods's petition[8] is DISMISSED for lack of jurisdiction.

2. Woods's Motion to Proceed in Forma Pauperis[9] and Motion to Stay[10] are DENIED.

3. A certificate of appealability is DENIED.

DATED this 16th day of November, 2020.

Sam E. Haddon
United States District Court Judge

---

[6] 28 USC § 2254(a).
[7] *See* Montana Correctional Offender Network: https://app.mt.gov.conweb/Offender/35713 (accessed Nov. 4, 2020); *see also State v. Woods*, DA 20-0264, Or. at 2 (Mont. Sept. 22, 2020).
[8] *See* Doc. 1.
[9] *See* Doc. 3.
[10] *See* Doc. 4.