IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JEREMY CORD WOODS, | Cause No. CV 20-71-H-SEH |
| Petitioner, | |
| vs. | ORDER |
| REGINALD MICHAEL; ATTORNEY GENERAL OF THE STATE OF MONTANA, | |
| Respondents. | |

On November 27, 2020, Petitioner Jeremy Cord Woods ("Woods") moved for reconsideration and reversal of the Court's order of November 16, 2020,[1] which denied all requests in Woods' September 29, 2020, Petition for Writ of Habeas Corpus[2] under 28 USC § 2254, denied Woods' Motion for Leave to Proceed in Forma Pauperis,[3] and denied Woods' Motion to Stay.[4]

As stated in the Order of November 6, 2020,[5] all requests for relief in Woods's September 29, 2020,[6] Petition for Writ of Habeas Corpus under 28 USC §

---

[1] *See* Doc. 6.
[2] *See* Doc. 1.
[3] *See* Doc. 3.
[4] *See* Doc. 4.
[5] *See* Doc. 6.
[6] *See* Doc. 1.

2254 were denied for lack of jurisdiction. Absent jurisdiction, the Court is without capacity to consider, or act upon, the November 27, 2020, Motion for Reconsideration.

**ORDERED:**

The Motion for Reconsideration[7] is DENIED for lack of jurisdiction of the Court to address.

DATED this 9th day of December, 2020.

*Sam E. Haddon*
Sam E. Haddon
United States District Court Judge

---

[7] *See* Doc. 8.